# United States Bankruptcy Court
### Eastern District of New York

| | | | |
|---|---|---|---|
| In re | **Carriox Capital II LLC** | Case No. | **25-74031** |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Carriox Capital II LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Carriox Holding LLC**
**100 Quentin Roosevelt Blvd.**
**Suite 503**
**Garden City, NY 11530**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 20, 2025** | **/s/ John E. Jureller, Jr.** |
| Date | **John E. Jureller, Jr.** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Carriox Capital II LLC** |
| | **Klestadt Winters Jureller Southard & Stevens, LLP** |
| | **200 West 41st Street** |
| | **17th Floor** |
| | **New York, NY 10036** |
| | **(212) 972-3000 Fax:(212) 972-2245** |
| | **jjureller@klestadt.com** |