# Notice Recipients

District/Off: 0207−8      User: admin      Date Created: 10/21/2025
Case: 8−25−74031−ast      Form ID: 764      Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Andrew Charles Brown     abrown@klestadt.com
aty     John E Jureller     jjureller@klestadt.com

                                                                                                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Carriox Capital II LLC     100 Quentin Roosevelt Blvd, Suite 503     Garden City, NY 11530
smg     United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560
         Federal Plaza     Central Islip, NY 11722−4437

                                                                                                                                                                                TOTAL: 2