Carriox Capital II LLC
Exhibit A

| l  i  r  a | Address | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|
| Broadband Telecom Inc | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Loan | 12/11/2024 | $1,500,000.00 | Loan repayment |
| Broadband Telecom Inc | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Loan | 12/23/2024 | $1,143,796.94 | Loan repayment |
| Broadband Telecom Inc | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Loan | 5/19/2025 | $1,400,000.00 | Loan repayment |
| CARRIOX TELECAP LLC | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Vendor | 12/27/2024 | $1,418,130.37 | Vendor Payment |
| CARRIOX TELECAP LLC | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Vendor | 5/29/2025 | $676,697.05 | Vendor Payment |
| PANAMAX INC | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Vendor | 12/23/2024 | $1,289,485.00 | Vendor Payment |
| PANAMAX INC | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Vendor | 12/27/2024 | $2,844,507.00 | Vendor Payment |
| PANAMAX INC | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Vendor | 5/19/2025 | $1,299,260.00 | Vendor Payment |
| PANAMAX INC | 100 Quentin Roosevelt Blvd, Suite 503, Garden City - NY - 11530 - USA | Vendor | 5/29/2025 | $324,815.00 | Vendor Payment |

Carriox Capital II LLC
Exhibit B

| Name | Address |
|---|---|
| Dun and Bradstreet | 5335 Gate Parkway, Jacksonville, FL 32256 |
| HSBC Bank USA | P.O. Box 1393, Buffalo, NY 14240 |
| Alter Domus | 500 5th Ave #3100, New York, NY 10110 |

**Carriox Capital II LLC**
**Exhibit C**

| Recipient's Name | Address 1 | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|
| PRESIDIO LOAN FUND LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $2,214.00 | K-1 Distribustion |
| BRICKYARD DIRECT LENDING FUND LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $1,762.00 | K-1 Distribustion |
| SLF CRX HOLDINGS I LLC | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $41,775.00 | K-1 Distribustion |
| SLF CRX HOLDINGS II LLC | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $5,443.00 | K-1 Distribustion |
| SLIF V HOLDINGS LLC | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $4,825.00 | K-1 Distribustion |
| CST SPECIALTY LOAN FUND LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $4,419.00 | K-1 Distribustion |
| SPECIALTY LOAN VG FUND LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $4,870.00 | K-1 Distribustion |
| EUROPEAN ASSET VALUE FUND USD II LPN | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $95,963.00 | K-1 Distribustion |
| SLIF VL HOLDINGS LLC | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $11,501.00 | K-1 Distribustion |
| CACTUS DIRECT LENDING FUND LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $7,910.00 | K-1 Distribustion |
| RED CEDAR FUND 2016 LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $1,874.00 | K-1 Distribustion |
| FALCON CREDIT FUND LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 6/26/2025 | $2,266.00 | K-1 Distribustion |
| EUROPEAN ASSET VALUE FUND USD II LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 7/1/2025 | $25,765.43 | K-1 Distribustion |
| AVF III US AGGREGATOR LP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 7/1/2025 | $25,765.43 | K-1 Distribustion |
| RELIANCE STANDARD LIFE INSURANCE CO | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 7/1/2025 | $3,552.00 | K-1 Distribustion |
| SAFETY NATIONAL CASUALTY CORP | 40 West 57th Street, 33rd Floor, New York, NY 10019, USA | 7/1/2025 | $3,552.00 | K-1 Distribustion |